**FILED**

02/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0514

_____

IN RE THE PARENTING OF:
C.N.L.,

    a Minor Child,

AMANDA L. TOMLINSON, n/k/a AMANDA
PIERRE,

             Petitioner and Appellant,

    and

JAMES D. LUKE,

             Respondent and Appellee.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 15 2023